UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HARMS, | No. 2:25-cv-1048 CSK P |
| Petitioner, | |
| v. | ORDER |
| EDWARD SILVA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the filing fee.

Petitioner states that he filed, with the petition, a motion to stay pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003) to exhaust unexhausted claims.[1] (ECF No. 1-2 at 12.) However, the record does not contain a motion to stay pursuant to Kelly. This Court also observes that a stay pursuant to Kelly includes amending the petition to delete any unexhausted claims. Kelly, 315 F.3d at 1070.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, petitioner shall file the motion to stay referred to in the petition.

///

---

[1] Petitioner does not state that he will seek a motion to stay pursuant to Rhines v. Weber, 544 U.S. 269 (2005).

1

Dated: April 14, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Harm1048.100fee/2

2